# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>*The Worth Collection, Ltd.*,<br><br>        Debtor. | Chapter 7<br><br>Case No. 20-10337 (BLS) |
| DOUGLAS T. TABACHNIK, in his capacity as the chapter 7 trustee of the bankruptcy estate of The Worth Collection, Ltd.,<br><br>        Plaintiff,<br><br>        v.<br><br>JAY ROSENBERG; DAVID D. DEFEO; SETH GROSSMAN; BRIAN MCGEE; JASON NEIMARK; JOHN DISA; FRANCINE DELLA BADIA; MICHAEL GILSON; ART LORENZ; KELLY COLLINS; JOSEPHINE AMISTOSO; SUSAN GUSTAFSON; and JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE LIMITED PARTNERSHIPS 1-10; DOE LIMITED LIABILITY COMPANIES 1-10<br><br>        Defendants. | Adv. Proc. No. _____ |

**COMPLAINT**

**CONFIDENTIAL - FILED UNDER SEAL**

| | |
|---|---|
| Dated: March 24, 2023<br>Wilmington, Delaware | **GOLDSTEIN & MCCLINTOCK LLLP**<br><br>By: */s/ Maria Aprile Sawczuk*<br>Maria Aprile Sawczuk, Esq. (DE Bar ID 3320)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Telephone: (302) 444-6710<br>marias@goldmclaw.com<br><br>*-and-* |

Harley J. Goldstein, Esq. (admitted *pro hac vice*)
Daniel C. Curth, Esq. (admitted *pro hac vice*)
Amrit S. Kapai, Esq. (admitted *pro hac vice*)
Steven Yachik, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
danc@goldmclaw.com
amritk@goldmclaw.com
steveny@goldmclaw.com

*Counsel for the Chapter 7 Trustee*